UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| JOSE REYNALDO LUERA, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | Cause No.: 1:09-CV-136 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF FORT WAYNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

*Pro se* Plaintiff Jose Reynaldo Luera filed a complaint against Defendants in Allen Superior Court, Allen County, Indiana, on March 24, 2009. (Docket # 1.) On May 11, 2009, he moved to amend his complaint to add certain federal claims and to name his wife, Rose Luera, and three of their minor children or stepchildren, O.L., A.L., and M.G., as additional Plaintiffs; the Allen Superior Court granted the motion three days later. (Docket # 2.) Defendants removed the case to federal court on May 19, 2009, under 28 U.S.C. § 1331. (Docket # 3.)

While Plaintiffs Jose and Rose are free to represent themselves in this action, they cannot represent their children. *See Navin v. Park Ridge Sch. Dist. 64*, 270 F.3d 1147, 1149 (7th Cir. 2001); *Lenker v. Gray*, No. 2:07-CV-274-PRC, 2008 WL 4613534, at *4 (N.D. Ind. Oct. 10, 2008) ("As non-lawyers, parents may not represent their children in court."); *Odell v. Litscher*, No. 02–0691-C, 2003 WL 23277419, at *1 (W.D. Wis. Aug. 18, 2003) (stating that children must have counsel to represent them in federal court and cannot proceed on their own behalf or be represented by non-lawyer parents). Therefore, Plaintiffs have until June 19, 2009, to secure counsel for O.L., A.L., and M.G. If they do not secure counsel by such date, O.L., A.L., and M.G. are subject to dismissal from this case. *See Lenker*, 2008 WL 4613534, at *4 (citing *Bell v.*

*Anderson Schs.*, No. 1:07-cv-00936, 2007 WL 2265067, at *3 (S.D Ind. Aug. 6, 2007)).

    SO ORDERED.

    Entered this 20th day of May, 2009.

                                                  /S/ Roger B. Cosbey  
                                                  Roger B. Cosbey,  
                                                  United States Magistrate Judge